COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-00-183-CV

THE CITY OF KELLER
 
APPELLANT

V.

JOHN W. WILSON, GRACE S. WILSON, APPELLEE
S

JOHNNY L. WILSON, AND NANCY A. WILSON
 

----------

FROM THE 96
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

 

JOHN CAYCE

CHIEF JUSTICE

EN BANC

DELIVERED:  June 21, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.